SCANNED at BCF and Emailed on
6/15/21 by PM - 12 pages.
(date)   (initials)   (num)

FILED
06/15/2021
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

# COMPLAINT FORM
(for filers who are prisoners without lawyers)

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

(Full name of plaintiff(s))

Jesse
Edward
Atwood

vs

(Full name of defendant(s))

Shelby County Police Dept.'s
Kris Fewell,
Shelbyville Police Dept. E et al;

Case Number:

3:21-cv-00098-RLY-MPB

(to be supplied by clerk of court)

A.  PARTIES

1. Plaintiff is a citizen of __Indiana__, and is located at
   (State)

   __I.DOC.; B.T.C.; 21390 Old State Rd. 37; Branchville, IN. 47514__
   (Address of prison or jail)

   (If more than one plaintiff is filing, use another piece of paper).

2. Defendant __Police Officer Kris Fewell__
                                              (Name)

Complaint - 1

is (if a person or private corporation) a citizen of __Indiana__
(State, if known)

and (if a person) resides at _____
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for __Shelby County, Shelbyville Police Department__
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.   STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

On June 10th of 2019 Officer Kris Fewell was serving a warrant for the arrest of Jesse Atwood. Officer Kris Fewell placed plaintiff in cuffs after performing a pat down and escorted Atwood to the Shelby County Criminal Justice Center. 4 hours after being in custody Atwood was pulled from the holding cell and read an arrest warrant for possession of methamphetamine when in fact officer Kris Fewell never pulled any methamphetamine from

Atwood's person or possession. The affidavit states that Jesse Atwood possessed methamphetamine when in fact he did not. Plaintiff was denied a fast and speedy Jury Trial due to the lack of appointed counsel's defense, being Christopher Starkey whom was dismissed due to his neglegance with the case. Atwood was held without bond for 1 year due to this, and forced to defend himself violating his civil liberties and fundamental rights, with newly born daughter being born while in custody on a seperate wrongful arrest, Plaintiff's Parental Rights ~~violated~~ terminated due to being in custody, under false pretense. Officer Kris Fewell filed a false affidavit with misstatement of facts resulting in Jesse Atwood's civil liberties restricted in custody for (1) one year.

C. JURISDICTION

☑ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is
$_____.

D. RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

Plaintiff is asking $55,000.00 and "No Contact Orders" on officers due to their herrassment and undue hardship caused by their neglegance and misconduct. These officers should be properly trained and instructed in filing charges, or not filing charges, in the correct manner, also trained in following proceedure and policy.
Plaintiff is also requesting appointment of councel and injunctive relief if possible.

E. JURY DEMAND

☑ Jury Demand - I want a jury to hear my case
   OR

☐ Court Trial - I want a judge to hear my case

Dated this _____ day of _____ 20____.

Respectfully Submitted,
Jesse Edward Atwood

*Jesse Edward Atwood*
Signature of Plaintiff

#141915
Plaintiff's Prisoner ID Number

I.D.O.C.; B.T.C.
21390 Old State Rd. 37
Branchville, IN. 47514
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☑ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.